IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARY F. JONES, | ) | 8:08CV16 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| NEBRASKA ATTORNEY | ) | |
| GENERAL, | ) | |
| | ) | |
| Respondent. | ) | |

On January 8, 2008, Mary F. Jones filed this Petition for a Writ of Habeas Corpus. She used the Form AO241 packet and attached several Supplements.[1]

The court has conducted an initial review of this Petition for Writ of Habeas Corpus to determine whether the claims made by Petitioner are, when liberally construed, potentially cognizable in federal court. Upon review, the Petitioner has failed to adequately state a factual or legal basis for a claim.

The Petition is not sufficiently specific. Before the court can complete the initial review process, the Petitioner must amend the Petition. In particular, the Petitioner must clarify why her continued confinement violates a federal law or the Constitution of the United States. The court cautions the Petitioner that failure to adequately comply with this order may result in dismissal of her Petition without further notice.

---

[1] This Petition mentions Mr. Lawrence D. Thompson who has recently filed three Petitions for Writ of Habeas Corpus. This Petition appears to relate to Mr. Thompson's submissions and appears to be written by the same individual.

IT IS THEREFORE ORDERED that:

1. The pending Petition for Habeas Corpus is deemed insufficient and the court will not act upon it.

2. On or before April 28, 2008, the Petitioner shall submit a completely new amended Petition for Writ of Habeas Corpus that is originally signed under penalty of perjury. In the amended Petition, the petitioner shall clarify why her continued confinement violates a federal law or the Constitution of the United States. The petitioner is warned that the failure to comply with this order may result in dismissal of this case without further notice.

3. The Clerk of the court is directed to send to Petitioner the Form AO241 packet, Petition for Relief From a Conviction or Sentence By a Person in State Custody.

4. The Clerk of the court is directed to set a pro se case management deadline in this case with the following text: April 28, 2008: deadline for Petitioner to submit amended Petition.

March 28, 2008.                    BY THE COURT:

                                   *s/Richard G. Kopf*
                                   United States District Judge