IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARY F. JONES, | ) | |
| | ) | 8:08CV16 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| NEBRASKA ATTORNEY GENERAL, | ) | **AND ORDER** |
| | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on its own motion. On March 28, 2008, the court entered a Memorandum and Order directing Petitioner to file an amended petition no later than April 28, 2008. (Filing No. 11.) The court warned Plaintiff that failure to file an amended petition by that deadline would result in the dismissal of this matter without further notice. (*Id.* at CM/ECF p. 2.) Plaintiff has not filed an amended petition or any other response to the court's March 28, 2008 Memorandum and Order.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute this matter diligently and failed to comply with this court's orders.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

June 6, 2008.                    BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge